[No. 3258–2.   Division Two.   December 20, 1978.]

*In the Matter of the Marriage of* ELIZABETH HAHN, *Appellant, and* NORMAN HAHN, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 55736, John H. Kirkwood, J., entered December 9, 1977. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 5633–1.   Division One.   December 26, 1978.]

HAT ISLAND COMMUNITY, INC., *Appellant,* v. WILLIAM S. HOWARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 798192, Erle W. Horswill, J., entered May 20, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Farris, C.J., and Andersen, J.

[No. 5730–1.   Division One.   December 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD JOHN DUPARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79643, Carolyn R. Dimmick, J., entered June 15, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by Swanson and Dore, JJ.